# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **LEWISTON PUBLIC SCHOOLS** )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>**MR.** AND **MS. DOE** AS PARENTS OF )<br>**JANE DOE**, A MINOR )<br>)<br>Defendants )<br>) | Civil No. 2:25-cv-00462-JAW |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Lewiston Public Schools hereby files this Notice of Dismissal. Defendants Mr. and Mrs. Doe have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice and without costs. *See* Fed. R. Civ. P. 41(a)(1)(B).


Dated: October 29, 2025                         Respectfully submitted,

                                                */s/Rachel W. Sears*_____
                                                Rachel W. Sears
                                                Kelsey M. Cromie
                                                Attorneys for Lewiston Public Schools

                                                Drummond Woodsum
                                                84 Marginal Way, Suite 600
                                                Portland, Maine 04101-2480
                                                Tel: (207) 772-1941
                                                Fax: (207) 772-3627
                                                Email: rsears@dwmlaw.com
                                                          kcromie@dwmlaw.com